**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01209-CV

**KEVIN REID ALTHOUSE, Appellant**

**V.**

**JULIA BURKS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01338**

## ORDER

The Court has before it appellant's September 10, 2013 application to continue proceeding in forma pauperis. The Court **DENIES** the motion without prejudice to appellant's right to file an affidavit of indigence and motion for extension of time in compliance with TEX. R. APP. P. 20.1.

/s/ ELIZABETH LANG-MIERS
JUSTICE